UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for Selene Finance LP as Servicer for NJCC Fund #5 Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Eileen Nolan
aka Eileen Cummings

Debtor(s)

Order Filed on March 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-20390

Chapter 13

Hearing Date: March 13, 2019

Judge: Kathryn C. Ferguson

### CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 27, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Applicant: Selene Finance LP
Applicant's Counsel: Friedman Vartolo LLP
Debtor's Counsel: James J. Cerbone, Esq.
Property Involved("Collateral"): 30 Ash Drive, Neptune, NJ 07753

Relief sought:
✓ Motion for relief from the automatic stay
   Motion to dismiss
   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **4** months, from **December 1, 2018** to **March 1, 2019**.
   - The Debtor is overdue for **4** payments at **$1,881.46** per month.
   - Less Funds held in debtor(s) suspense **($29.69).**

   Total Arrearages Due **$7,496.15**

2. Debtor must cure all post-petition arrearages, as follows:

   - Immediate lump sum payment shall be made in the amount of **$7,496.15.** Payment shall be made no later than **March 31, 2019**.
   - Beginning on **April 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$1,881.46** or as defined by the terms of the Note, Mortgage or future payment change notifications.

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of

the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

3. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____                    /s/ Jonathan Schwalb, Esq.
James J. Cerbone, Esq.                              Jonathan Schwalb, Esq.
*Attorney for Debtor*                               *Attorney for Secured Creditor*